IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SB1 FEDERAL CREDIT UNION | : | CIVIL ACTION |
| v. | : | |
| FINSECURE LLC, ET AL. | : | NO. 13-6399 |

## ORDER

**AND NOW**, this 8th day of April, 2014, upon consideration of Defendants' Motion to Dismiss (Docket No. 8), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Defendants' Motion is **GRANTED**.

2. Plaintiff Sb1 Federal Credit Union's Complaint is **DISMISSED**.

3. **JUDGMENT IS ENTERED** in favor of Defendants and against Sb1 Federal Credit Union.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.